UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD C. MCCRAY, JR.,

    *Plaintiff,*

v.   Civil Action No. 21-2882 (RDM)

JOSEPH R. BIDEN,

    *Defendant.*

**NOTICE REGARDING DEFENDANT'S MEMORANDUM OF
POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S
MOTION FOR TEMPORARY RESTRAINING ORDER**

Defendant, by and through undersigned counsel, hereby files this Notice regarding its Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Temporary Restraining Order.

Defendant's Memorandum included two citations to declarations for background on the Pfizer vaccine Emergency Use Authorization and approval, and the availability of Pfizer vaccines that are compliant with Biologics License Application: the Declaration of Peter Marks, M.D. and the Declaration of Col. Tonya Rans, MD.  Although these two declarations have been filed publicly in other federal employee vaccine mandate related litigation, *see Church et al. v. Biden, et al.,* Civ. A. No. 21-2815 (CKK), Dkt. Nos. 13-1 (Marks Declaration); 13-9 (Rans Declaration), Defendant's memorandum neither provided citations to those public filings in the memorandum nor attached copies of those declarations as exhibits to Defendant's memorandum.  Defendant hereby attaches the two declarations as exhibits to this notice.  Undersigned deeply regrets this oversight.

Dated: December 1, 2021          Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

BRIAN P. HUDAK
Acting Civil Chief

By:  <u>*/s/ Stephen DeGenaro*</u>
STEPHEN DEGENARO
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7229
stephen.degenaro@usdoj.gov

*Counsel for Defendant*